AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 05 2011

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | | |
|---|---|---|
| Joseph M. Belth and Douglas L. Stevick | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:11-CV-009 JMM |
| Jim Wood, Arkansas State Auditor, and | ) | |
| Dan Flowers, Director of the Arkansas State | ) | |
| Highway and Transportation Department | ) | |
| *Defendant* | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:

_____
*Attorney's signature*

John L. Burnett          77021
*Printed name and bar number*

P. O. Box 2657
*Address*

Little Rock, AR  72203
*Address2*

(501) 376-2269
*Telephone number*

jburnett@laveyandburnett.com
*Email Address*