IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JOSEPH M. BELTH and
DOUGLAS L. STEVICK                                                              PLAINTIFFS

V.                                        4:11CV0009 JMM

CHARLIE DANIELS, in his official
capacity as Arkansas State Auditor, and

DAN FLOWERS, in his official
capacity as Director of the
Arkansas State Highway and
Transportation Department                                                       DEFENDANTS

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The complaint and all claims in this action are hereby dismissed with prejudice as to all parties.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 16th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE